STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Rachael Ranalletta
In Proper Person
119 Acadia Lane
Abbeville LA 70510

| |
|---|
| Judgment on rehearing rendered and mailed to all parties or counsel of record on July 29, 2020 |

**REHEARING ACTION: July 29, 2020**

**Docket Number: 19   00755-WCA**

**RACHAEL RANALLETTA**
**VERSUS**
**CHUY'S OPCO, INC. AND ARGONAUT INSURANCE COMPANY**

**Appealed from Office of Workers' Compensation - # 4 Case No. 16-07333**

**BEFORE JUDGES:**

**Hon. Billy Howard Ezell**
**Hon. Phyllis M. Keaty**
**Hon. Van H. Kyzar**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Rachael Ranalletta** has this day been

**DENIED.**

cc: Patrick A. Johnson, Counsel for the Appellee